# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

129059

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WINGER CONCRETE PRODUCTS, INC.,
   Plaintiff-Appellee,

v

DONALD MILDREN and FLORENCE
MILDREN,
   Defendants-Appellants.

SC: 129059
COA: 254511
Gogebic CC: 03-000246-CH

_____/

   On order of the Court, the application for leave to appeal the May 26, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

p1121

_____
Clerk